### GARRETT *v.* HIGGINS.

CONTESTED ELECTION.—The rulings in the case of *Wheat* v. *Ragsdale, post,* p. 191, approved.

APPEAL from the *Johnson* Circuit Court.

ELLIOTT, J.—At the *October* election in 1864, the parties to this suit were opposing candidates for the office of

sheriff of *Johnson* county, in this State. The appellant, *Garrett*, was declared duly elected to said office by the board of county commissioners. *Higgins* contested the election. The question was first tried by the board of commissioners of the county, and then appealed to the Circuit Court, where there was a finding and judgment in favor of *Higgins*. *Garrett* appeals to this court. The questions raised in the case are precisely the same as in the case of *Wheat* v. *Ragsdale, post* p. 191, and the judgment of the Circuit Court is reversed, for the same reasons given in that case.

The judgment is reversed, with costs, and the cause remanded for a new trial.

*W. R. Harrison, G. M. Overstreet* and *A. B. Hunter*, for appellant.

*T. W. Woollen* and *D. D. Banta*, for appellee.

